J. R. Persons and C. L. Persons, Etc., *Plaintiffs in Error,*
vs. Mrs. O. A. Hinckle, as Guardian for Jim Turner,
Joined by her husband, Oscar A. Hinckle, *Defendants
in Error.*

Division A.
Decision filed May 29, 1931.

*W. Kenneth Barnes,* for Plaintiffs in Error;
*Johnson, Bosarge & Allen,* for Defendants in Error.

Per Curiam.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record
of the judgment herein, and briefs and argument of
counsel for the respective parties, and the record having
been seen and inspected, and the Court being now ad-
vised of its judgment to be given in the premises, it
seems to the Court that there is no error in the said
judgment; it is, therefore, considered, ordered and ad-
judged by the Court that the said judgment of the Cir-
cuit Court be, and the same is hereby affirmed.

Buford, C.J., and Ellis and Brown, J.J., concur.